# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

MARY SCHNEIDER,

    Plaintiff,  :  Case No. 3:08-cv-334

 - vs -  :  District Judge Thomas M. Rose
          Magistrate Judge Michael R. Merz

COMMISSIONER OF SOCIAL :
SECURITY,
          :
    Defendant.

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #13), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that the Commissioner's decision that Plaintiff is not disabled is REVERSED. This matter is remanded to the Commissioner for further administrative proceedings. The clerk to enter judgment accordingly.

September 25, 2009      **\*S/THOMAS M. ROSE**

                      Thomas M. Rose
                     United States District Judge